IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYNTHIA M. ORE,
5801 Nicholson Lane
Rockville, MD 20852

    Plaintiff,

v.

DONALD L. SHERWOOD,
41 Sherwood Lane
Tunkhannock, PA 18657

    Defendant.

Civil Action No. _____

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1332 and 1441(a), Defendant Donald L. Sherwood hereby removes the above captioned action from the Superior Court of the District of Columbia, Civil Division, Case No. 05-0004543, to the United States District Court for the District of Columbia. In support of removal, Defendant alleges as follows:

1. On June 15, 2005, Plaintiff Cynthia M. Ore filed a Complaint against Defendant in the Superior Court for the District of Columbia.

2. Defendant was served with the Complaint on June 22, 2005.

3. A copy of the Complaint, Summons, and Initial Order are attached hereto as Exhibit A.

4. Plaintiff is a citizen of the State of Maryland.

5. Defendant is a citizen of the Commonwealth of Pennsylvania.

6. In the Complaint, Plaintiff is seeking $3 million in compensatory damages and $2.5 million in punitive damages.

7. Because there is complete diversity of citizenship between Plaintiff and Defendant, and because the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this action under 28 U.S.C. § 1332.

8. This action, therefore, may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Because this Notice was filed within 30 days of service of the Complaint, this Notice is timely pursuant to 28 U.S.C. § 1446(b).

10. Written notice of the filing of this Notice of Removal is hereby given to counsel for Plaintiff.

11. A copy of this Notice of Removal will be filed immediately with the Clerk of the Superior Court for the District of Columbia.

Dated:   July ~~20~~ 21, 2005

Respectfully submitted,

*[signature]*

Bobby R. Burchfield (D.C. Bar # 289124)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Counsel for Defendant*
*Donald L. Sherwood*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of July, 2005, I caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be served via hand delivery on the following:

      Patrick M. Regan
      Jonathan E. Halperin
      Paul Cornoni
      REGAN, HALPERIN & LONG, PLLC
      1919 M Street, N.W., Suite 350
      Washington, D.C. 20036

*/s/ Meredith Casey*