IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA MIRELLA ORE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD LEWIS SHERWOOD,<br><br>    Defendant. | Civil Action No. 1:05CV01434 (PLF)<br><br>Judge Paul L. Friedman |

## NOTICE OF APPEARANCE OF MEREDITH N. CASKEY ON BEHALF OF DEFENDANT DONALD L. SHERWOOD

Please enter the appearance of Meredith N. Caskey of McDermott Will & Emery LLP as counsel for Defendant Donald L. Sherwood in the above captioned matter.

Respectfully submitted,

*/s/ Meredith Caskey*

Bobby R. Burchfield (D.C. Bar # 289124)
Meredith N. Caskey (D.C. Bar # 482449)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Counsel for Defendant*
*Donald L. Sherwood*