IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA MIRELLA ORE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD LEWIS SHERWOOD,<br><br>Defendant. | Civil Action No. 1:05CV01434 (PLF)<br><br>Judge Paul L. Friedman |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant Donald L. Sherwood, by and through his undersigned counsel, respectfully submits this Consent Motion to continue the Status Conference currently scheduled for September 15, 2005 at 9:30a.m. Defendant's counsel will be at trial in West Virginia from September 12 – 23, 2005 and unable to attend the September 15 Status Conference. Counsel also are unavailable on September 8 and September 29, 2005. Plaintiff's counsel has been notified of the scheduling conflict and consents to a continuance.

Accordingly, Defendant respectfully requests that the Court grant this Consent Motion and reschedule the Status Conference for September 6, 2005 at 9:30a.m. The parties shall file a joint report pursuant to Local Rule of Civil Procedure 16.3 by August 30, 2005.

Respectfully submitted,

*/s/ Meredith Caskey*
Bobby R. Burchfield (D.C. Bar # 289124)
Meredith N. Caskey (D.C. Bar # 482449)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Counsel for Defendant
Donald L. Sherwood*