## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CYNTHIA MIRELLA ORE,

      Plaintiff,

v.

DONALD LEWIS SHERWOOD,

      Defendant.

Civil Action No.  1:05CV01434 (PLF)

Judge Paul L. Friedman

ORDER

Upon consideration of Defendant's Consent Motion to Continue the Status Conference, it

is on this ___ day of August, 2005 hereby

      ORDERED that the motion is GRANTED, and it is further

      ORDERED that the Status Conference be scheduled for September 6, 2005 at

9:30a.m., and it is further

      ORDERED that the parties file a joint report pursuant to Local Rule of Civil

Procedure 16.3 by August 30, 2005.


_____
Hon. Judge Paul L. Friedman
United States District Judge


Copies to:

Bobby R. Burchfield (D.C. Bar # 289124)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005

Patrick M. Regan (D.C. Bar #336107)
REGAN, HALPERIN & LONG, PLLC
1919 M Street, N.W.,  Suite 350
Washington, D.C.  20036