# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
|     **Plaintiff,** | : |
| |    Civil Action No. 05-1434 |
| v. | : |
| |    Judge Paul L. Friedman |
| **DONALD LEWIS SHERWOOD** | : |
|     **Defendant.** | : |

## MEET AND CONFER STATEMENT

The Parties, by and through their respective counsel, file the following report pursuant to LCvR 16.3 in connection with the Initial Scheduling Conference currently scheduled for September 6, 2005 at 9:30 a.m. before this Honorable Court. Counsel for the Parties have conferred via telephone regarding the matters set forth in LCvR 16.3. With respect to the specific matters referred to in LCvR 16.3(c), the Parties make the following disclosures:

1. The Parties do not know at this time whether the case is likely to be resolved by dispositive motion.

2. The Parties agree that any motion to join additional parties shall be filed by October 24, 2005.

3. The Plaintiff is willing to consent to an assignment of this case to a Magistrate Judge for all purposes, including trial. The Defendant does not consent to an assignment of this case to a Magistrate Judge for all purposes but requests that a

Magistrate Judge be assigned to supervise discovery and perhaps attend certain depositions.

    4.    The Parties are uncertain at this time whether the case will settle before trial.

    5.    The Parties agree that alternative dispute resolution proceedings, particularly private mediation, may be effective in seeking a prompt resolution of this case. The Parties have agreed to pursue private mediation within the next month or so.

    6.    The Parties are not able to determine at this time whether the case may be resolved in whole or in part by summary judgment or other dispositive motion. Assuming that the trial is scheduled for December 2006, the Parties propose the following schedule for motions:

| | |
|---|---|
| Dispositive Motions Filed By | September 8, 2006 |
| Oppositions Filed By | October 13, 2006 |
| Replies Filed By | November 10, 2006 |

    7.    The Plaintiff is willing to dispense with the initial disclosures required by Rule 26(a)(1). The Defendant requests that the Parties exchange initial disclosures as required by Rule 26(a)(1) by September 21, 2005.

    8.    The Parties agree to follow the discovery rules and limits established by the Federal Rules of Civil Procedure, as modified by the Local Rules of this Court. The Parties propose that all fact and expert discovery be completed by May 15, 2006. Because of the personal aspects of this case and the nature of the allegations, the Defendant will be requesting a protective order pursuant to Fed. R. Civ. P. 26(c) in order

to protect the parties from "annoyance, embarrassment, oppression, or undue burden or expense."

9. The Parties agree to follow the rules regarding disclosure of expert witnesses set forth in the Federal Rules of Civil Procedure, as modified by the Local Rules of this Court. The Parties propose the following schedule for expert disclosures:

| | |
|---|---|
| Plaintiff's Expert Disclosures Due | January 20, 2006 |
| Defendant's Expert Disclosures Due | February 17, 2006 |
| Plaintiff's Rebuttal Expert Disclosures Due | March 17, 2006 |

10. This is not a class action and so Rule 23 is not at issue in this case.

11. At this time, the Parties do not believe that the trial and/or discovery should be bifurcated or managed in phases.

12. The Parties agree to confer regarding any discovery matters prior to seeking the intervention of the Court. The Parties further agree to confer on any nondispositive motions prior to filing them with the Court as required by LCvR 7(m).

Respectfully submitted,

| REGAN, HALPERIN & LONG, PLLC | McDERMOTT, WILL & EMERY, LLP |
|---|---|
| By: /s/ | By: /s/ |
| Patrick M. Regan | Bobby R. Burchfield   #289124 |
| Paul Cornoni | Meredith N. Caskey   #482449 |
| 1919 M Street, NW, Suite 350 | 600 Thirteenth Street, NW |
| Washington, DC 20036-3521 | Washington, DC 20005 |
| PH: (202) 463-3030 | PH: (202) 756-8000 |
| Fx: (202) 463-0667 | Fx: (202) 756-8087 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the ___29th___ day of August, 2005, a copy of the foregoing Meet and Confer Statement was electronically filed in the United States District Court for the District of Columbia and was mailed, postage prepaid, to:

>Bobby R. Burchfield, Esquire
>Meredith N. Caskey, Esquire
>McDermott, Will & Emery, LLP
>600 Thirteenth Street, NW
>Washington, DC  20005

>_____/s/_____
>Patrick M. Regan