# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CYNTHIA MIRELLA ORE**           :

    **Plaintiff,**                :

                                        **Civil Action No. 05-1434**

  **v.**                          :

                                        **Judge Paul L. Friedman**

**DONALD LEWIS SHERWOOD**         :

    **Defendant.**               :

## ORDER

Upon consideration of the Meet and Confer Statement submitted by the parties, as well as the discussion between counsel and the Court at the time of the Status Conference on September 6, 2005, and a review of the file herein, it is this ____ day of _____, 2005;

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff Identifies Experts | January 20, 2006 |
| Defendant Identifies Experts | February 17, 2006 |
| Plaintiff's Rebuttal Experts | March 17, 2006 |
| Discovery Closes | May 15, 2006 |
| Dispositive Motions Filed By | September 8, 2006 |
| Oppositions Filed By | October 13, 2006 |
| Replies Filed By | November 10, 2006 |

and it is

FURTHER ORDERED that a follow-up Status Conference is scheduled for _____ __, 200__ at _____ ____, and a Pretrial Conference is scheduled for _____ __, 200__ at _____ ____; and it is

  FURTHER ORDERED that the trial in this case shall begin on _____ __, 2006 at 9:30 a.m.

                   _____
                   Paul L. Friedman
                   United States District Judge

cc: Patrick M. Regan, Esquire
   Jonathan E. Halperin, Esquire
   Paul Cornoni, Esquire
   Regan, Halperin & Long
   1919 M Street, N.W., Suite 350
   Washington, D.C.  20036

   Bobby R. Burchfield, Esquire
   Meredith N. Caskey, Esquire
   McDermott, Will & Emery, LLP
   600 Thirteenth Street, NW
   Washington, DC  20005