UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA MIRELLA ORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1434 (PLF) |
| ) | |
| DONALD LEWIS SHERWOOD, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The parties appeared for a meet and confer status conference on September 6, 2005. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be filed by September 27, 2005.

2. The parties have agreed to have this action referred to a magistrate judge for management and resolution of all discovery-related issues. A separate order to that effect will issue this same day.

3. Discovery shall be completed by May 15, 2006. Counsel must resolve all discovery disputes or bring them to the Magistrate Judge's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

4. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

5. Each party is limited to a maximum of 10 depositions.

6. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by September 27, 2006.

7. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by January 20, 2006.

8. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by February 17, 2006.

9. Disclosures of plaintiff's rebuttal experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by March 17, 2006.

10. Depositions of each party's retained experts shall be completed by May 15, 2006.

11. Dispositive motions shall be filed on or before September 8, 2006; oppositions by October 13, 2006; and replies, if any, by November 10, 2006.

12. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Magistrate Judge. If counsel are unable to resolve the discovery dispute, counsel shall bring the matter to the attention of Magistrate Judge consistent with the particular Magistrate Judge's practice and procedure. Counsel shall not file a discovery motion without a prior conference with opposing counsel.

13. A further status conference is scheduled for May 24, 2006 at 9:15 a.m.

14. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference

before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

   15. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

   SO ORDERED.

            _____\s\_____
            PAUL L. FRIEDMAN
            United States District Judge

DATE: September 9, 2005