# Exhibit H

Copyright 2005 Wilkes Barre Times Leader
All Rights Reserved
Wilkes Barre Times Leader

September 7, 2005 Wednesday MAIN_RUN EDITION

**SECTION:** A; Pg. 1

**LENGTH:** 933 words

**HEADLINE:** Ore lawyer to focus on non-arrest;
Lawyers for U.S. Rep. Don Sherwood and his accuser get the OK to subpoena witnesses.

**BYLINE:** By KEVIN AMERMAN kamerman@leader.net

**BODY:**

Sherwood

Cynthia Ore's attorney says he now has the green light to ask police why U.S. Rep. Don Sherwood wasn't arrested after Ore called 911 last September to report she had been choked by the congressman.

"It's clear that he received preferential treatment that would not be given to a regular U.S. citizen," said Patrick Regan, Ore's Washington attorney. "We intend, through depositions, to find out how that happened."

After a scheduling conference Tuesday morning in Washington, attorneys on both sides of Ore's $5.5 million assault and battery lawsuit against Sherwood, R-Tunkhannock, were given the right to subpoena witnesses for depositions during the discovery phase of the case, which will last until May 15.

Regan plans to interview Israel Ruiz, a Metropolitan Police officer who told the Times Leader in a recent interview that he believes Sherwood should have been arrested after an alleged assault on Ore. Ruiz, of the Metropolitan Police evidence recovery unit, said he took pictures of Ore's alleged injuries on Sept. 15 after Ore and a friend flagged down police at a McDonald's. She told Ruiz that officers who responded to Sherwood's apartment after she called 911 didn't take her claims seriously.

Paul Clark, a Washington communications consultant who has been hired by Sherwood to be the media contact person for the lawsuit, denied any claims of preferential treatment on Tuesday and said he believes police fully investigated the matter and cleared Sherwood.

Regan said he hasn't been able to get the photos Ruiz took yet, but does have photos of Ore's alleged injuries that were taken by her friend at Suburban Hospital in Bethesda, Md. after the incident.

The report filed by the police who responded to Sherwood's apartment after Ore's 911 call said they saw no physical evidence of injury to Ore and that Sherwood, 64, and Ore, 29, of Rockville, Md. weren't forthcoming about the details. Ore says Sherwood bashed her head into the armrest of a couch and choked her.

Commander Thomas McGuire of the Metropolitan Police Department's District 1 insists Sherwood did not receive preferential treatment and said Ruiz was wrong to allege there was preferential treatment because he wasn't on the scene and never interviewed the married congressman.

Ore has said she and her friend, whose name she would not release, were frustrated that police didn't believe her claims, and left the hospital at about 11 p.m. that night to seek out police to make another complaint. She ran into Officer Robert Fennell at a McDonald's on Wisconsin Avenue and Fennell took down notes and called Ruiz to take photos of her face and neck. Metropolitan Police said they have no public record of the interview and don't know where the pictures are.

"There was an intervention here, I don't know to what extent," Regan said.

Regan wants to see what happened with that second investigation and other oddities relating to the investigation, which include:

Police say the 911 tape that includes Ore's call is indecipherable and won't release it

A dispute over the time of the incident. The 911 call was made at 3:15 p.m., but police listed the incident time at 1 p.m.

Smudges on a police report that suggest the incident number has been changed.

Regan said the trial date for the case will be set on May 24. He said Sherwood has pushed for a December 2006 trial date, which would be one month after he stands for election in November 2006. Regan believes the trial will likely begin June and November 2006. And he doesn't expect it to last long.

"This isn't a complicated case," Regan said. "I could see this trial being over in three days."

Regan said Sherwood has already delayed the case by moving it from Washington D.C Superior Court to federal court in Washington. His attorney, Bobby Burchfield, has said federal court has jurisdiction over the case because Sherwood and Ore are from different states and said he prefers federal court because it tends to be more orderly as far as scheduling. Regan said Sherwood did have the right to move the case to federal court.

Regan said he will fight hard against a motion made by Burchfield that would keep documents and disclosures that are viewed by attorneys out of public view during the discovery phase.

Burchfield has said he thought Regan would agree with a protective order to seal Ore's personal information, such as medical records, from being public. But Regan said the federal law HIPPA, which prevents certain medical information from being released, already shields Ore.

"I don't know what he wants to hide, but we're certainly not agreeing to it," Regan said. "It shouldn't be cloaked in secrecy.

"He's worried about my client, he better start worrying about his client," Regan said, noting it would be "very rare" for the court to grant the protective order. "I'm sure the public would say, He wants us to trust him and vote for him, but he wants this information to be sealed?'"

The two sides have agreed to hold a private mediation session to discuss possibly settling the case. The judge will have to approve it before a date is set.

Regan said he can't say if there's a good chance the case will be settled, but said, "It can't hurt to meet with a mediator."

Neither Ore nor Sherwood attended the hearing Tuesday, according to Clark, who said it lasted only five minutes.

Ore's suit alleges years of abuse by the congressman, who admits to having a five-year affair with Ore, but denies ever assaulting her.

Kevin Amerman, a Times Leader staff writer, may be reached at 829-7218.

**LOAD-DATE:** September 7, 2005

# Exhibit I

Copyright 2005 Wilkes Barre Times Leader
All Rights Reserved
Wilkes Barre Times Leader

April 30, 2005 Saturday MAIN_RUN EDITION

**SECTION:** A; Pg. 1

**LENGTH:** 718 words

**HEADLINE:** Sherwood denies choking woman Exclusive;
10th Congressional District;
Cynthia Ore, 29, who was receiving a back rub from him at the time, has retracted the claim.

**BYLINE:** By KEVIN AMERMAN kamerman@leader.net

**BODY:**

Sherwood

Police responded to the Washington, D.C., apartment of U.S. Rep. Don Sherwood seven months ago after a woman who was visiting called 911 and reported he choked her.

Sherwood, R-Tunkhannock, says he was falsely accused. He pointed to a police report that stated the woman backed off the claim. He also said he's the victim of a political smear.

No one has been charged in what the police termed a domestic incident.

"Both parties have left out significant information or are not willing to discuss in detail what actually happened," Washington Metropolitan Police stated in the incident report.

Cynthia Ore, 29, of Rockville, Md. locked herself in a bathroom and called 911 from her cell phone on the afternoon of Sept. 15, saying Sherwood "choked her for no apparent reason" while giving her a backrub in his apartment on D Street, according to a police report.

Sherwood, 64, told police he was giving Ore a backrub when she "jumped up" and ran to the bathroom, the report stated.

Police in Washington said they saw no visible injuries on Ore's neck and had trouble getting to the bottom of the story.

"Based on interviews with both parties and no physical evidence of injury to (Ore), there was no probable cause to make an arrest or reasonable cause to believe (Ore) was assaulted," the incident report stated.

After telling police she was assaulted, Ore "changed the subject" and said nothing happened, "we were just sitting in the living room sipping tea," police said, noting that Ore "did not seem to be of sound mind."

Ore, in a phone interview Thursday, said her friends and workers at a woman's resource center have encouraged her to consider some sort of legal action against Sherwood. "Thinking of that day I could cry and cry."

Ore said she was supposed to meet Sherwood at the apartment that day but was late. That upset Sherwood, she said.

Sherwood disputes her version of what happened.

Sherwood, who is married, called Ore "an acquaintance" but wouldn't say why she was in his apartment.

Wilkes Barre Times Leader April 30, 2005 Saturday MAIN_RUN EDITION

"Did I call her there, no. You meet lots of people in Washington and I had known her casually," Sherwood said. He could not recall how long ago they met.

"She made an allegation against me which, I say, is absolutely not true. The police investigated the allegation and agreed," Sherwood said.

"People can say what they want to say. It's a political smear. I've never asked any of my opponents to discuss their personal lives and I'm not going to discuss mine."

Limited information about the incident was faxed to the Times Leader by Veronica Hannevig of Simpson, Pa. She ran against Sherwood in the November 2004 election for the 10th Congressional District. The Metropolitan Police Department in Washington verified the incident and provided a copy of the report.

Hannevig, of the Constitution Party, said someone from Washington mailed her the first page of the incident report on April 26 in an envelope with no return address.

Sherwood said he found it strange that only part of the report was faxed to the media and that a complete report shows police did not plan to file charges.

Ore said she met Sherwood at a Young Republicans meeting in 1999 and has had an ongoing relationship with him. Sherwood would not get into specifics about the relationship.

Ore also said she has seen and spoken with Sherwood since the incident.

Sherwood said she has not come to see him at the apartment since the incident. He said he did run into her "on the street" once after the incident, but it was not a planned meeting.

Ore said she works for her family, which owns restaurants and supermarkets in Maryland. She did not say which businesses the family owns.

Sherwood represents the 10th Congressional District, which covers all of Bradford, Montour, Northumberland, Pike, Snyder, Sullivan Susquehanna, Union, Wayne and Wyoming counties and parts of Lackawanna and Luzerne. Municipalities Sherwood covers in Luzerne County are: Dallas, Exeter, Fairmount, Franklin, Kingston, Lake, Lehman, and Ross townships and the boroughs of Dallas, Forty Fort, Harveys Lake, Kingston, Swoyersville wards one and two, West Wyoming and Wyoming.

Managing Editor David Iseman contributed to this story.

Kevin Amerman, a Times Leader staff writer, may be reached at 829-7218

**LOAD-DATE:** April 30, 2005

# Exhibit J

Copyright 2005 The Washington Post
The Washington Post

May 4, 2005 Wednesday
Final Edition

**SECTION:** Style; C03, The Reliable Source

**LENGTH:** 881 words

**HEADLINE:** The Reliable Source

**BYLINE:** Richard Leiby

**BODY:**

Back rubs sure can lead to political trouble. There was that embarrassing nude massage from a beauty queen that put Sen. Chuck Robb, a married Virginia Democrat, into hot water years ago. Now there's a police report circulating that has tongues wagging about Rep. Don Sherwood, 64, a married Pennsylvania Republican. The report says he told police he gave a back rub seven months ago to a much younger woman in his Capitol Hill apartment.

Cynthia Ore, 29, initially told the cops that the congressman was giving her a back rub on Sept. 15 when he "began to choke her for no apparent reason," the report stated. She told police she fled into the bathroom, locked the door and called 911 on her cell phone. But according to the report, she "changed the subject several times," then said nothing had happened. "We were just sitting in the living room sipping tea," it quotes her as saying.

Police, who found no evidence of injury to Ore, classified whatever happened on that day as a "domestic incident" and filed no charges. Sherwood denied choking Ore, saying she "jumped up and ran into the bathroom" while he was giving her a back rub, the report said. Ore, who gave police a Gaithersburg address, did not seem "of sound mind" at the time, the report added.

We couldn't reach Ore yesterday for comment, and Sherwood's office did not return our calls. But Sherwood, who has been married for 33 years, told his hometown paper, the Times-Leader in Wilkes-Barre, Pa., that he was the victim of a "political smear." (The paper said a portion of the police report was faxed to it by a member of the Constitution Party who unsuccessfully ran against Sherwood in November.)

In an interview with the Times-Leader, which broke the story Saturday, Sherwood called Ore "an acquaintance." The paper reported that he wouldn't say why she was in his apartment or discuss any specifics about their relationship. "You meet lots of people in Washington and I had known her casually," the paper quoted Sherwood as saying. He added: "She made an allegation against me which, I say, is absolutely not true. The police investigated the allegation and agreed."

Ore told the paper, "Thinking of that day I could cry and cry." She said she met Sherwood at a Young Republicans event in 1999 and they had an ongoing relationship, and she told the Associated Press yesterday: "I loved him. He always told me he loved me, and I believed him."

In the police report, the officer seemed frustrated: "Both parties have left out significant information or are not willing to discuss in detail what actually happened."

* TV talk show host Montel Williams, who suffers from multiple sclerosis, offers one reason why he regularly uses marijuana: "It's keeping me alive." He tells us that thanks to pot, "I am a contributing member of society -- but the second I can't use medical marijuana, you lose my tax dollars because I start staying in bed, wallowing in chronic pain."

Williams, 48, who divides his time between New York and Los Angeles, is in town tonight to celebrate the 10th anniversary of the Marijuana Policy Project, which supports reforming what he calls "stupid and ignorant" laws that subject him to criminal penalties for using pot. Also slated to speak at the gala at the Washington Court Hotel: Democratic Reps. Barney Frank (Mass.), Dennis Kucinich (Ohio) and Linda Sanchez (Calif.).

Williams, whose MS was diagnosed in 1999, concedes that marijuana might not help all patients but calls it a safer course for him than popping potentially addictive painkillers: "I have doctors who can write me a prescription for OxyContin, the most powerful pain pill on the planet, and if they are smart enough to do that, why can't they write me a prescription for marijuana? . . . My worst side effect might be a mild euphoria, which is way less than OxyContin or Percocet or Vicodin."

Williams, who smoked dope recreationally in high school and college, now prefers eating cannabis to relieve his debilitating leg and foot pain. It is now available in various edible forms. "They simmer it down to a paste that you can put on a cookie or in chili or in a meatloaf, if you want."

Meanwhile, the Office of National Drug Control Policy yesterday released a report suggesting that smoking marijuana during the teen years increases the likelihood of depression, schizophrenia and suicide attempts. Tom Riley, a spokesman for the office, said advocacy groups such as the Marijuana Policy Project are actually pushing drug legalization and "cynically" exploiting sick people who use pot. "There is a con going on here, and I am surprised that smart people continue to fall for it," he told us.

* Colonial Williamsburg may soon be welcoming a Tom Hanks-produced miniseries on John Adams. The Boston Globe reports that the project, based on historian David McCullough's book, is budgeted at upward of $100 million and is expected to take at least eight months to film. Massachusetts officials had hoped to have the HBO series made in Adams's home state, but the Old Dominion offered tax breaks and free access to Colonial Williamsburg. A Virginia Film Office spokeswoman told us yesterday the deal is not finalized but "it looks good" and confirmation is expected within a week.

With Anne Schroeder

**LOAD-DATE:** May 5, 2005

# Exhibit K

Copyright 2005 Wilkes Barre Times Leader
All Rights Reserved
Wilkes Barre Times Leader

May 8, 2005 Sunday MAIN EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 1502 words

**HEADLINE:** SHERWOOD A CHARMER, ORE RECOUNTS;

**BYLINE:** KEVIN AMERMAN kamerman@leader.net

**DATELINE:** WASHINGTON

**BODY:**

Even though she says she is considering taking legal action against Don Sherwood, Cynthia Ore still glows when asked about her relationship with the congressman.

"We had such a good chemistry," said Ore, of Rockville, Md. "I miss the touchiness and the passion."

Ore said she was attracted to Sherwood's unassuming appearance when she first met the Tunkhannock Republican at a Young Republicans meeting in 1999. "I saw Don as a small-town all-American," Ore said, smiling. "He has that pink, rosy skin. When I first met him he had those big glasses."

Growing up in Peru, then moving to the D.C. area as a teen, Ore said she has met few "small-town" people. "Guys in D.C. are players," said Ore, who speaks with a slight Spanish accent. "Guys in D.C. try to be so suave. They drive Bentleys and Ferraris. Don has a truck."

Sherwood is a 64-year-old married man with daughters approximately the age of Ore, and has campaigned on family values.

Ore, 29, said he wore a college ring instead of his wedding ring when she first met him. Ore said dating someone much older or younger is not a big deal in her culture.

"We went to movies, dinners," Ore said. "He is very charming, very gentleman. The wine and roses - that got me. I'm not someone to sleep around. With Don, it was exclusive."

What happened?

The relationship went sour on Sept. 15 when Ore called 911 to report the congressman had choked her. What happened in the congressman's D Street apartment that night is a mystery to everyone but Ore and Sherwood, who have two different accounts. Even officers with the Washington Metropolitan Police Department, which responded to the incident, say they don't know the full story.

"Both parties have left out significant information or are not willing to discuss in detail what actually happened," the police incident report states, noting that Ore "did not seem to be of sound mind."

The report states that Ore told police she locked herself in a bathroom and called 911 after Sherwood "choked her for no apparent reason" while giving her a backrub in his D Street apartment. Sherwood told police he was giving Ore a backrub when she "jumped up" and ran to the bathroom, the report stated.

After investigating the scene, police decided there was no evidence that Sherwood had choked Ore. "Based on interviews with both parties and no physical evidence of injury to (Ore), there was no probable cause to make an arrest or reasonable cause to believe (Ore) was assaulted," the report stated.

SHERWOOD A CHARMER, ORE RECOUNTS;   Wilkes Barre Times Leader May 8, 200

Police said Ore initially said she was choked, then withdrew her statement, saying "nothing happened." Ore admits she was distraught, but denied recanting her story at any time. She was not charged with making false reports or any other crime.

Ore said police have refused to give her the 911 tape during their response to the Sept. 15 incident. She also said police seemed more interested in protecting Sherwood. She assumes they knew upon arrival to the apartment that he was a congressman because his apartment complex is home to many important officials.

The Times Leader also was denied a copy of the tape. Police officials say tapes are not public records and can not be released without a court order or subpoena.

Adding to the mystery, Ore contends she was given a different incident report number than the one that appears on the Sept. 15 report that police copied at the request of the Times Leader. She says the report appears altered. An area where police note numbers does show unclear lines and smudges. A spokesman for the police department says there is no report corresponding to the incident number Ore provided to the Times Leader.

During a four-hour interview last week, Ore repeated her claim that Sherwood choked her, and she said she hired a Rockville, Md., law firm to help her get a tape of the 911 call she made and photographs she says were taken at a hospital that show bruises on her neck.

The law firm has confirmed it has been hired by Ore, but would not discuss its plans.

Sherwood's side

Sherwood has denied choking Ore, whom he has referred to as "a casual acquaintance." Asked how long he knew her, he said he couldn't recall.

In an obscure statement, he also claimed he hadn't called her to the apartment the day of the incident. He wouldn't elaborate.

On Tuesday, Sherwood issued an apology "for the pain and embarrassment I have caused my family and my supporters," but he hasn't discussed the incident in detail.

Sherwood has not returned several phone calls seeking comment since April 29, when he tried to convince a Times Leader editor not to publish a story on Ore's contentions. Sherwood's Tuesday statement came via fax. A visit was made to his Washington office on Friday, but workers said he was returning home to Pennsylvania.

Possible influence?

Ore said she was saddened by the "acquaintance" comment. "He always said you're my No. 1," Ore said. "He got on his knees many times just to kiss my hand. He called me his angel."

Ore said Sherwood looked out for her professionally too. She said he helped her get an internship with Pennsylvania Congressman Bill Shuster, whose congressional office is on the same floor as Sherwood's in the Longworth Building in Washington. Tory Mazzola, a spokesman for Shuster, first denied Ore was an intern when contacted on Friday, saying she interviewed for the position, but didn't get it.

But after being asked to check again, Mazzola said Ore was an intern "several years ago" and said she left after two days. "She decided not to continue," said Mazzola, who could not confirm or deny that Sherwood helped Ore get the internship.

Mazzola said Ore and all other interns that have worked for Shuster were not paid. Ore said the internship took place in the summer of 2001. She said she left the internship at Sherwood's insistence. Ore's name does not show up on payroll disclosure forms submitted in Washington by Sherwood or Shuster going back to 1999.

"When I first told my girlfriends I was dating a politician, they said stay away from him," Ore said. "I lived such a sheltered life. I never saw the negative. Maybe if I got with someone who I thought was a player, I'd be OK."

She said Sherwood also tried to get her an internship in the White House.

Ore said she had planned on putting the Sept. 15 incident behind her even though she feels like she has been wronged, but friends and family members who recently found out about the incident urged her to take legal action.

SHERWOOD A CHARMER, ORE RECOUNTS;   Wilkes Barre Times Leader May 8, 200

The Times Leader learned of the incident after part of the police report was faxed to the paper by Veronica Hannevig of Simpson. She ran against Sherwood in the November 2004 election in the 10th Congressional District.

Hannevig, of the Constitution Party, said someone from Washington mailed her the first page of the incident report on April 25 in an envelope with no return address. Sherwood called it a political smear.

About Cynthia

Ore was initially hesitant to talk with a reporter when contacted but opened up over several conversations.

While taking with a reporter, Ore often appeared to search to find the right word to say in English when responding to questions. She said she didn't learn the language until she came to the United States as a teenager. She said she learned French in her all-girl school in Peru, but had to learn English on her own.

"I couldn't say anything. 'Hi' or anything," she said.

Ore says she belongs to a wealthy family that owns Spanish supermarkets and restaurants. She lives in a huge luxury apartment complex in Rockville that has underground parking for residents and fireside lounges on the first floor. She owns a Porsche.

She said she is taking business classes at Johns Hopkins University and hopes to open her own restaurant someday. "My dream is to own my own restaurant without my parents' name."

She said her parents own two homes in Gaithersburg, Md. - her younger brother lives in one -- and two in Peru. They were building a home for her nephew, a professional tennis player, on the night of the incident, she said.

"Don knew they were away," she said.

Ore said her parents knew about her relationship with Sherwood, but were unaware of the 911 call until recently. Ore said now that her parents know she could never get back with Sherwood.

She said the congressman contacted her on Valentine's Day. "He said to keep quiet and don't talk to police" about the Sept. 15 incident.

Ore also contends Sherwood sent her flowers for the holiday. In his April 29 interview with the Times Leader, Sherwood denied that.

Ore would not say if she's spoken with him since Valentine's Day.

Sherwood has said he ran into Ore "on the street" once after the incident, but it was not a planned meeting.

"We went to movies, dinners. He is very charming, very gentleman. The wine and roses - that got me. I'm not someone to sleep around. With Don, it was exclusive."

Cynthia Ore On her relationship with Don Sherwood< /credit>

NOTES: Kevin Amerman, a Times Leader staff writer, can be reached at 829-7218.

LOAD-DATE: September 13, 2005

# Exhibit L



*a division of nepanews.com*

06/17/2005

## Speculation begins on Sherwood's future

By Borys Krawczeniuk, Staff Writer

**In Congress, Republican Don Sherwood represents voters who overwhelmingly supported President Bush last year.**

Independently wealthy, Sherwood, 64, of Tunkhannock Township, Wyoming County, also has a proven ability to raise a lot more money for a tough re-election campaign.

He's got a voting record that fits well with the largely conservative 10th Congressional District he represents. He's been elected four times.

So, next year, presumably, he'll seek re-election with all the advantages that many entrenched incumbent congressmen enjoy.

"We absolutely believe he's vulnerable (for defeat) and we have started to take a close look at his district," said Sarah Feinberg, a spokeswoman for the Democratic
Congressional Campaign Committee, which helps elect Democrats to the U.S. House. "And we've started to look at candidates."

Something does not compute. The Democrats shouldn't be looking at his district.

But they are. Feinberg wouldn't say why, but the committee certainly wouldn't bother putting Sherwood's seat in play unless it had a good reason.

The reason's name is Cynthia M. Ore, who on Wednesday sued Sherwood for allegedly beating her during their five-year romantic relationship.

Even before the suit, Ore's public statements in other newspapers about having an affair with Sherwood and a police report that said she claimed he choked her while giving her a back rub had Democrats intrigued, even though the report said she denied anything happened when police asked.

In the last few weeks, the committee started e-mailing news releases attacking Sherwood's voting record, something it hasn't done since his first re-election campaign, a sure sign of Democrats dipping toes in the water. The committee hasn't polled in Sherwood's district, but Feinberg said a Democrat can win through a combination of how voters feel about the accusations and whether Sherwood's voting record dovetails with his constituents' needs.

She said the Democrats think Sherwood is out of touch.
Feinberg wouldn't commit the committee to backing a challenger to Sherwood. It's 17 months before his next election after all.

Saying he is vulnerable and actually committing the money to beat him are two vastly different things.

Analysts aren't rushing to write Sherwood's political obituary just yet.

"He is potentially vulnerable," said Thomas J. Baldino, Ph.D., a professor of political science at Wilkes University. "And because of the timing of this he has the opportunity between now and the next election to remedy some of these self-inflicted wounds."

The remedy, Dr. Baldino said, is full disclosure and an apology.

Shortly after the allegations first became public in May, Sherwood issued an apology for the "pain and embarrassment" he caused his supporters and family. But he didn't say what he was apologizing for and he has been unwilling to publicly talk about the exact nature of his relationship with Ore.

That's not smart politically, Dr. Baldino believes.

"He should have said, 'I made a mistake. I had a five-year relationship with this woman,'" he said.

An admission like that would have "deadened the effect" of the allegations Ore made in her lawsuit.

If new details that tend to confirm what she's alleging keep trickling out, Sherwood's political vulnerability will only grow, Dr. Baldino said. That could invite challengers from within his own party, who would have the best chance of beating him anyway in such a heavily Republican-leaning district, Dr. Baldino said.

"It's like a 1,000 cuts," said G. Terry Madonna, Ph.D., the veteran state political analyst of Franklin & Marshall College. "You end up with a situation where you're always on the front page of the paper."

Northeastern Pennsylvanians have tended to give the benefit of the doubt to congressmen who had worse troubles like Joseph M. McDade and Daniel J. Flood. They kept getting re-elected during criminal investigations involving them.

Washington police aren't alleging any crimes.

But, Dr. Madonna said, "the charge of abuse is one that voters could take a look at more seriously than if we just had he-said-she-said about an affair."

Carl Forti, a spokesman for National Republican Congressional Committee, which helps elects Republicans to the House, said the committee isn't worried about Sherwood. Republicans aren't flooding the committee with calls to replace him either as congressman or as the person who helps incumbent congressmen get re-elected, he said.

"I think the lawsuit is like her alleged 911 call. There doesn't seem to be much to it," Forti said. "The Democrats have to find a credible candidate who can raise a ton of money and it's still a very Republican district."

They're trying.

State Rep. Phyllis Mundy, D-Kingston, which is in Sherwood's district, confirmed Lt. Gov. Catherine Baker Knoll called her Capitol office a month ago to urge her to run. The lieutenant governor was looking for a woman, Mundy said. That's should be no surprise given who's making the accusations against Sherwood.

Mundy said no thanks.

"I would be giving up 16 years of seniority to start all over again as a freshman congresswoman," Mundy said. "When you look at the district, it's extremely Republican."