# Exhibit M

Copyright 2005 Wilkes Barre Times Leader
All Rights Reserved
Wilkes Barre Times Leader

June 19, 2005 Sunday MAIN EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 1149 words

**HEADLINE:** ORE CALLS POLICE PROBE WEAK;
EXCLUSIVE WOMAN WHO SAYS U.S. REP. SHERWOOD BEAT HER SAYS COPS DIDN'T TAKE HER SERIOUSLY.

**BYLINE:** KEVIN AMERMAN kamerman@leader.net

**BODY:**

An attorney for U.S. Rep. Don Sherwood said allegations of a Sept. 15 assault involving the congressman and Cynthia Ore have "already been fully investigated and rejected" by police.

Ore, however, has said the investigation was far from complete. She said police:

* Never took her claim seriously.

* Promised to follow up with her the next day, but failed to call for more than a month.

* Took seven pictures of her injuries but, in a police report, stated she did not appear injured.

* Told her they would provide her with the photos but failed to do so.

* Would send her information about a victim's advocate program but did not.

Police would not respond directly to the accusations, but said Ore could ask for a review.

"If she feels there wasn't an adequate investigation, we have procedures and we can look into it," said officer Junis Fletcher of Washington's Metropolitan Police Department's public information office.

In a recent interview, Ore, 29, of Rockville, Md., described in detail her recollection of the alleged assault. The incident was one of two alleged attacks detailed in a $5.5 million assault and battery lawsuit she filed Wednesday against Sherwood, R-Tunkhannock. In the suit, filed by Washington attorney Patrick Regan, Ore accuses the 64-year-old married congressman of committing "violent, cowardly and unprovoked attacks" on her during a "five-year intimate relationship."

Through his attorney, Bobby Burchfield of Washington, Sherwood has denied ever assaulting Ore.

She said that on Sept. 15, United States Capitol Police responded to the scene first and escorted Sherwood out of his apartment on 110 D Street in Washington. Soon after, Metropolitan Police arrived and took over the investigation.

She said police asked her, "Why do women do this to themselves?" and said officers made comments about the difference in age between Ore and Sherwood. She said they also asked why she was with Sherwood.

No one was charged in the incident. A police report stated officers saw no physical evidence of injury to Ore and noted that "both parties have left out significant information or are not willing to discuss in detail what actually happened."

They also said Ore initially reported being choked, then withdrew her statement, saying nothing happened. Police said Ore did not seem to be of "sound mind."

Ore denies ever changing her statement, but admits she was frazzled when talking to police. She said police appeared more interested in protecting Sherwood than her.

ORE CALLS POLICE PROBE WEAK;EXCLUSIVE WOMAN WHO SAYS U.S. REP. SHERWOOD

Ore said she drove herself to a hospital after the alleged attack and personnel there took pictures of a contusion on her head and other injuries. Ore has not provided photos or medical records to the Times Leader.

She said officer Robert Fennell of the Metropolitan Police Department arrived at the hospital with another officer who took pictures of her injuries. She said they told her they would call her the next day, but no one called until Oct. 28, when Officer Jim Maning left a message on her answering machine. She said she spoke with Maning on Nov. 3 and he said he would send her information about a victim's advocate from a crisis center and would have the photos available for her on Nov. 4.

She said she later received an application for victim's compensation, which she could fill out and send to the courthouse in an attempt to gain compensation for abuse, but she said police never showed her the pictures or gave her information about a victim's advocate. She said she has tried unsuccessfully to get the pictures and has not applied for victim's compensation.

Fletcher confirmed that Fennell and Maning are officers in the D.C. department, but could not confirm their involvement with the investigation. Fennell and Maning did not return phone calls seeking comment.

Ore, who was born in Peru and moved to the D.C. area as a teen, said she still takes painkillers for damage to her teeth that occurred during the alleged Sept. 15 assault. She said Sherwood slammed her head into the armrest of a couch, and that she needs surgery to correct the problem.

Ore said she walked into Sherwood's apartment, where she was living at the time, at about 2:25 p.m. Sherwood was angry that she was late and also became upset when she said she'd like to visit his hometown of Tunkhannock and see his home, she said.

The lawsuit states Sherwood started an argument with Ore, then "suddenly and without any provocation or justification," Sherwood punched her in the face and body with a closed fist, then choked her.

"He got on his knees and touched my head," she said. "He pushed my forehead down on the futon and started pounding on me. He grabbed my throat. He was infuriated.

"I screamed and wiggled away, that's how I escaped. I ran to the bathroom, turned on the sink and the shower and called 911."

Ore said the 911 call was made at 3:15 p.m., although police say they responded at 1 p.m.

She said a "911 call tracker" called her back at 3:18 and they talked for eight minutes.

Capitol Police, who are responsible for protecting members of Congress, according to their Web site, arrived at the Hill House apartment complex at about 3:30 p.m., Ore said.

Capitol Police Officer Michael Lauer said Capitol Police handed the matter over to the Metropolitan Police Department. He said they both have jurisdiction over that section of Washington and Capitol Police just happened to respond first.

The Sept. 15 incident was one of three mentioned in Ore's eight-page lawsuit. It also notes a June 24 incident in which she accused Sherwood of punching her face, neck, chest and back with a closed fist and then "violently choking her." She said she was treated in the hospital after the incident.

Ore, whose family owns Spanish restaurants and supermarkets, said she returned to Sherwood's apartment on Sept. 22 to get her belongings.

"He said, 'Come back to me, come back to me,' " Ore said.

But according to the lawsuit, things became ugly again that day. It said Sherwood threatened to harm her if she talked to police again about the alleged assaults.

Sherwood has denied choking Ore and has referred to her as a "casual acquaintance." He told police he was giving her a backrub when she "jumped up" and ran to the bathroom on Sept. 15.

Sherwood has not returned phone calls to the Times Leader about the incident since April 29. Three days after a story ran on the 911 call on April 30, Sherwood issued a faxed statement apologizing for causing his family and supporters "pain and embarrassment."

Sherwood represents the 10th Congressional District, which includes all of Bradford, Montour, Northumberland, Pike, Snyder, Sullivan, Susquehanna, Union, Wayne and Wyoming counties and parts of Lackawanna, Luzerne and Lycoming counties.

Sherwood and his spokesman, Jake O'Donnell, did not return calls for comment.

**NOTES:** Kevin Amerman, a Times Leader staff writer, may be reached at 829-7218.

**LOAD-DATE:** September 14, 2005

# Exhibit N

TIMESLEADER♦com

Posted on Sun, Jul. 31, 2005

## Cynthia Ore, 29, claims she was choked and assaulted by the congressman, 64.

By KEVIN AMERMAN kamerman@leader.net

Conflicting records.

A maverick police probe launched from a McDonald's.

At least one officer speaking against his own department.

Washington, D.C. police have staunchly defended their investigation of claims by 29-year-old Cynthia Ore of Rockville, Md., that she was choked and assaulted by U.S. Rep. Don Sherwood.

But officers, speaking for the first time at length to answer a reporter's questions about the investigation, also acknowledge the case contains some oddities:

•Two separate probes done on the same incident by officers from two different D.C. police districts.

•No public records of the second probe.

•A dispute over the time of the incident.

•The absence of Ore's 911 call on a list provided by police after a Times Leader request of all 911 calls made since 2003 from the apartment complex where Sherwood lives and where Ore says she was attacked.

•Smudges on a police report that suggest the incident number has been changed.

### Second probe

A Metropolitan Police officer, Israel Ruiz, recently confirmed that after police responded to Sherwood's Hill House apartment at 110 D St. SE on Sept. 15 for Ore's 911 call, another officer from a different district happened to encounter Ore in a McDonald's parking lot and decided to do a second report.

Police in District 1, the division which covers Sherwood's apartment, responded to the 911 call and after speaking with Sherwood and Ore, they decided not to file charges.

The police report filed by District 1 police says they saw no physical evidence of injury to Ore and that Sherwood, 64, and Ore weren't forthcoming about the details.

Ore says at about 11 p.m. on Sept. 15, after leaving Suburban Hospital in Bethesda, Md., she and her friend headed back into Washington. A hospital employee encouraged Ore to talk to D.C. police again, she said.

On their way back to D.C., they stopped to eat at a McDonald's on Wisconsin Avenue in Washington and while leaving, Ore said her friend saw Officer Robert Fennell, a Metropolitan Police officer from District 2.

Ore said she and her friend told the officer that Sherwood had attacked her earlier in the day and police in District 1 didn't take her claims seriously. Ore has said Fennell then called Ruiz to the McDonald's to take pictures of the alleged injuries.

"Fennell was fighting for me," Ore said in a past interview. "They wanted fairness. They wanted it to be investigated. They didn't care if he was a member of Congress."

## An officer breaks silence

Ruiz, of the Metropolitan Police evidence recovery unit, said he took pictures of Ore's neck and face. He said he can't recall specifically her condition but he believes the evidence, combined with her claims, would have been enough for an arrest in most cases.

"If it was you or me, we would have been locked up on the scene," Ruiz said. "He's a congressman, so there wasn't an arrest."

Responding to Ruiz's comments, a commander in the department said Ruiz never interviewed Sherwood and doesn't know all the details of the case.

Commander Thomas McGuire of Metropolitan Police Department's District 1 insists Sherwood did not receive preferential treatment.

"These allegations are always made" in cases involving a political official in Washington, McGuire said.

"To state that opinion is an absolute misstatement by the officer," McGuire said. "A statement like that is ludicrous. Sometimes I think officers operate in somewhat of a vacuum. He (Ruiz) wasn't on the scene."

Ruiz offered his opinions in a quick interview and could not be reached later to respond to McGuire.

Washington police officers frequently deal with politicians and aren't intimidated by them, McGuire said, noting a homeland security official was recently arrested on charges of illegal possession of a gun.

"No one gets special treatment because no one's going to put their job on the line," McGuire said. "All of our arrests are based on probable cause. In this case, there was no probable cause. She (Ore) was not forthcoming and her story changed two or three times."

Ore admits she was shocked and distressed when interviewed by District 1 police, but denies ever changing her story.

## Where's the second report?

McGuire said he hasn't seen the photos Ruiz took and doesn't know where they are or if they were used in the investigation.

Because the photos were taken hours after the alleged attack, it's possible that any injuries, if they existed, weren't caused by Sherwood, he said.

"Are these bruises from the incident or something else?" McGuire asked.

McGuire said it's not odd that two districts took down reports on the same incident. He said the city is divided into seven districts and there are 3,800 officers in the department, so sometimes investigations fall into the laps of officers in different districts.

When an officer investigates an incident from another district, the report is sent to a detective from the district where the incident took place, said Sgt. Joe Gentile, the department's public information officer.

But District 1 police said they have no public record of a report from Fennell of District 2. Likewise, District 2 said no public record exists regarding the McDonald's interview.

A reporter asked McGuire if he could confirm Fennell took a second report, locate the notes that Fennell reportedly took and find out what happened to the photos Ruiz took.

McGuire didn't call back after the request.

There is also no police report from Capitol Police, who arrived at Sherwood's apartment before District 1 police. Ore said Capitol Police, who are responsible for protecting members of the House and Senate, took Sherwood outside the apartment and spoke with him before handing the matter over to District 1 police. Ore said the Capitol Police took notes too.

Capitol Police Officer Michael Lauer has said because Capitol Police handed the matter over to the Metropolitan Police Department, the Capitol Police have no report of the incident. He said Capitol Police and District 1 police both have jurisdiction over that section of Washington, and Capitol Police just happened to respond first.

## What time did this happen?

According to Ore's $5.5 million assault and battery lawsuit filed last month against Sherwood, the alleged attack on Sept. 15 began after Ore entered his apartment at about 2:25 p.m.

It says Sherwood started an argument with Ore and "suddenly and without any provocation or justification," Sherwood punched her in the face and body with a closed fist, then choked her.

Ore has said Sherwood, who is married with three daughters about the age of Ore, slammed her head into the armrest of a couch, and that she needs surgery to correct a tooth injury sustained in the attack. He then started "pounding" on her and grabbed her throat, she has said.

According to Ore, Sherwood was angry that Ore was late and also became upset when she said she'd like to visit his hometown of Tunkhannock and see his home.

Ore says she screamed, broke away from Sherwood and ran to the bathroom, where she turned on the shower in an attempt to hide the sound of her calling 911.

Ore says she made the 911 call at 3:15 p.m. She says a 911 "call tracker" called her back at 3:18 p.m. and they spoke for six minutes. She says that incoming call is documented in a cell phone bill she has. Ore says she called 911 again at 3:29 p.m. while waiting for police.

The initial 911 call was made at 3:14 p.m. and 16 seconds, according to Vanessa Murray of the Metropolitan Police Department's Office of the General Counsel.

But the police report filled out by Officer Nicholas Deciutiis of District 1 says the incident occurred at 1 p.m.

McGuire said he wasn't aware of the discrepancy.

Ore's lawsuit says during their five-year relationship, Sherwood repeatedly struck Ore on her face, neck, chest and back; violently yanked her hair; and tried to strangle her by placing his hands around her neck. It says a week after the 911 call, Sherwood threatened to harm Ore if she talked to police about the alleged abuse again.

Sherwood, a Republican who has consistently supported family values legislation, has admitted to the affair and apologized. He denies physically assaulting Ore.

## 911 call missing from list

The 911 call from Sherwood's apartment doesn't appear on a list the department prepared of all 911calls made from the Hill House from January 2003 to May 2005. The Times Leader requested the list from the Police Department in May after receiving a tip about Ore's 911 call.

The list shows 11 other 911 calls made from the building, including reports of assault, lost property, property damage, a traffic complaint, disorderly conduct and burglary.

The police department could not offer a reason for the call's absence, concluding it must have been an oversight.

Although the call is absent from the list, the tape of the 911 call itself still exists, Murray confirmed.

She said all recorded communication of the incident starts from the original 911 call at 3:14 p.m. and lasts until 8:11 p.m. That communication could include conversations between officers about the incident, Murray said.

The police department has denied a Times Leader request for a copy of the 911 tape and the issue is currently on appeal.

## Redacted incident number

In a previous interview, Ore pointed to what she sees as another anomaly in the case. The police report filed by Metropolitan Police in District 1 seems to have been changed at some point. The complaint number is 128257 and circles, like those on a test when a test-taker fills in an answer, have been filled out corresponding with those numbers.

But, based on smudges and missing parts of circles, it appears circles corresponding with the numbers 547735 had been filled out previously, and then whited out.

Police said they have no report with the second incident number and a District 1 report would never have that sequence of numbers.

Ore says Officer Deciutiis gave her the number 547735 as the incident number, but when Officer Fennell took down information during the second probe, he called District 1 to have it changed.

"He thought it was strange," Ore has said of the number. "He said, 'You're going to get another number.' I think something was weird with that number."

McGuire said Deciutiis could have simply written down the wrong set of numbers at first.

"It's possible he made a mistake," he said. "Sometimes, you have to go back and correct the number when we do audits."

## No plans to reinvestigate

Despite the anomalies of the case and Ruiz' comments, McGuire said there are no plans to reinvestigate the matter or perform an internal investigation.

McGuire said Ruiz won't get in trouble for making the comments, but said he will probably be reminded that he shouldn't comment on cases if he doesn't know all the facts.

Officers Fennell and Deciutiis and Metropolitan Police Chief Charles H. Ramsay did not return phone calls for this story.

Sherwood represents the 10th Congressional District, which includes all of Bradford, Montour, Northumberland, Pike, Snyder, Sullivan, Susquehanna, Union, Wayne and Wyoming counties and parts of Lackawanna, Luzerne and Lycoming counties. The municipalities in Luzerne County that Sherwood represents include: the townships of Dallas, Exeter, Fairmount, Franklin, Kingston, Lake, Lehman and Ross and the boroughs of Dallas, Forty Fort, Harveys Lake, Kingston, Swoyersville wards 1 and 2, West Wyoming and Wyoming.

*Kevin Amerman, a Times Leader staff writer, may be reached at 829-7218.*

© 2005 Times Leader and wire service sources. All Rights Reserved.
http://www.timesleader.com

# Exhibit O

Copyright 2005 Washington Magazine, Inc.
Washingtonian

August, 2005

SECTION: POWER PLAYERS; Pg. 12

LENGTH: 222 words

HEADLINE: Hands-On Case Has Top Lawyers

BYLINE: Eisler, Kim

BODY:

Patrick Regan has been known as one of DC's top personal-injury lawyers, the kind you turn to when a loved one falls off a balcony or is killed by a speeding police car.

Bobby Burchfield is becoming known as Washington's fiercest defense lawyer, specializing in helping Republicans in trouble like Tom DeLay. His Web site immodestly notes, "Bobby has never lost a jury trial."

Says Regan, "He must settle a lot of cases."

These two hotshot lawyers have landed on opposite sides of one of the sexiest legal fights in recent years--a claim by Cynthia Ore, 29, that she was abused during an affair with Pennsylvania Republican congressman Don Sherwood, 64. The two met five years ago at a meeting of Young Republicans.

The admittedly cocky Burchfield denounced Ore's suit as "extortionate" in a statement. Regan demanded an apology, claiming that "extortion" is a criminal act. Burchfield backed down, but only slightly. He told a Pennsylvania TV station that in using the word "extortionate," he didn't mean it in a "bad sense." Then he called Regan to say he'd meant demands before she hired him as her attorney.

Regan says Ore's claims are valid and that she kept coming back to Sherwood because he told her he loved her. Regan says circumstances make his demand for $5H million-plus in total damages reasonable.

GRAPHIC: Editor: Conconi, Chuck. Picture, Sherwood hired DeLay's lawyer.; Sherwood by Chris Maddaloni/Roll Call/Newscom; Picture, Ore claims abuse during affair.; Ore photograph courtesy of Times Leader

LOAD-DATE: July 27, 2005

# Exhibit P

Copyright 2005 Wilkes Barre Times Leader
All Rights Reserved
Wilkes Barre Times Leader

August 25, 2005 Thursday MAIN_RUN EDITION

**SECTION:** A; Pg. 1

**LENGTH:** 630 words

**HEADLINE:** Sherwood gets official challenger;
Democrat Chris Carney announces intentions to run for U.S. representative seat.

**BYLINE:** By BRETT MARCY bmarcy@leader.net

**BODY:**

Carney

It's official.

U.S. Rep. Don Sherwood, R-Tunkhannock, will face at least one challenger in next year's race for his 10th Congressional District seat.

Democrat Chris Carney, a lieutenant commander in the Naval Reserve and an associate professor of political science at Penn State University's Worthington Scranton campus, said Wednesday he will formally announce his candidacy on Sept. 7 in Montrose.

A 46-year-old resident of Dimock, Susquehanna County, Carney said he believes the people of the sweeping 10th District need a new congressman who better represents them.

"For too many years, we have been subject to an in your face' political process that emphasizes our differences instead of finding common ground and moving ahead," Carney said in a news release. "It is time to bring civility and respect back to our political process and elect leaders with integrity, leaders that represent our interests and values."

Democratic Luzerne County Commissioner Greg Skrepenak also has said he was interested in running, but it is unclear whether he will run. Skrepenak did not return a call for comment Wednesday.

Political insiders say Sherwood, in his fourth term, could be vulnerable next year because of his personal and legal troubles. Sherwood, 64, is embroiled in a $5.5 million lawsuit brought by 29-year-old Cynthia Ore, who alleges Sherwood repeatedly beat her during a five-year relationship.

Sherwood, who is married, acknowledged the affair but has repeatedly denied the abuse allegations.

Carney is the only candidate to officially challenge Sherwood.

Sherwood's spokesman and political adviser, Jerry Morgan, said the congressman is not concerned about a Carney challenge.

"We're not thinking about campaigns," Morgan said Wednesday. "We're thinking about doing the people's work. ... That's what the people want. The people want their congressman to be working, not campaigning."

Carney has filed his necessary paperwork with the Federal Election Commission, according to campaign spokesman Drew Eldredge-Martin. The FEC did not have a record of Carney's candidacy as of Wednesday, but Eldredge-Martin said the paperwork is likely still in the mail.

In addition to his job at Penn State, Carney is an expert in terrorism and intelligence issues, working as a special consultant for the U.S. Department of Defense. By law, he was required to resign that post if he intended to run for Congress. Eldredge-Martin said Carney officially resigned last week.

Carney also unveiled his campaign Web site, www.carneyforcongress.com

Perhaps not surprisingly, homeland security and veterans' issues are high on his list of priorities. Carney remains active in the reserve and is participating in a military exercise in South Korea until Sept. 4.

"We must have leaders in Washington that are able to face our security challenges with experience and strength," Carney said. "I know the dangers we face and have the expertise to fight terrorism effectively."

Other issues listed on the Web site include Social Security, health care, energy, free trade, education and rural concerns.

Sherwood's campaign Web site is not yet active, Morgan said.

Carney's Web site makes no mention of Sherwood, neither by name nor position. Eldredge-Martin said that was by design.

"We're running a positive campaign. We want to talk about what Chris has to offer, rather than complaining about Sherwood. We feel we'll be able to run a stronger campaign if we let Don Sherwood hurt himself."

**Democratic Congressional candidate Chris Carney's Web site:** www.carneyforcongress.com

**U.S. Rep. Don Sherwood's official Web site:** www.house.gov/sherwood

Brett Marcy, the Times Leader's Harrisburg correspondent, may be reached at 717-238-4728.

**LOAD-DATE:** August 25, 2005