UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
| Plaintiff, | : |
| | :    Civil Action No. 05-1434 |
| v. | : |
| |    Judge Paul L. Friedman |
| **DONALD LEWIS SHERWOOD** | : |
| Defendant. | : |

### PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Paul Cornoni, Esquire, as co-counsel for the Plaintiff in the above-captioned case.

          Respectfully submitted,

          REGAN, HALPERIN & LONG, PLLC

          By: _____/s/_____
          Patrick M. Regan     #336107
          Paul Cornoni         #489398
          1919 M Street, NW, Suite 350
          Washington, DC 20036
          Ph: (202) 463-3030
          *Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Praecipe Entering Appearance was sent via electronic filing, this 28th day of September, 2005, to the following:

>Bobby R. Burchfield, Esquire
>Meredith N. Caskey, Esquire
>McDermott, Will & Emery, LLP
>600 Thirteenth Street, NW
>Washington, DC  20005

_____/s_____
Paul Cornoni

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -