**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
|     **Plaintiff,** | : |
| |     **Civil Action No. 05-1434** |
|     v. | :     **(PLF/DAR)** |
| **DONALD LEWIS SHERWOOD** | : |
|     **Defendant.** | : |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court extend by one week until October 11, 2005, the date for submission of Plaintiff's Opposition to Defendant's Motion for Confidentiality Order. Counsel for Defendant has consented to the requested extension of time and Plaintiff cites good faith press of business and scheduling difficulties as necessitating the requested extension. In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached Order extending the date for Plaintiff's Opposition until October 11, 2005.

In further support of her Motion, the Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

By: _____/s/_____
Patrick M. Regan    #336107
Paul Cornoni    #489398
1919 M Street, NW, Suite 350
Washington, DC  20036
P<small>H</small>: (202) 463-3030
*Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time and proposed Order was filed via ECF, this 4$^h$ day of October, 2005 with notice to the following:

>Bobby R. Burchfield
>Meredith N. Caskey
>McDermott Will & Emery LLP
>600 Thirteenth Street, N.W.
>Washington, D.C. 20005

/s/
Patrick M. Regan

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
| **Plaintiff,** | : |
| | : Civil Action No. 05-1434 |
| v. | : (PLF/DAR) |
| **DONALD LEWIS SHERWOOD** | : |
| **Defendant.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

1. On September 23, 2005, Defendant Donald Sherwood filed his Motion for Confidentiality Order.

2. Plaintiff's Opposition is due to be filed on or before October 4, 2005.

3. Due to the good faith press of business and scheduling difficulties, Plaintiff requests an additional seven (7) days to file her Opposition to Defendant's Motion.

4. Counsel for Defendant Donald Sherwood has agreed to the requested extension of time.

5. Neither party will suffer any prejudice from the relief sought by Plaintiff.

Accordingly, Plaintiff respectfully requests that the Court enter the attached Order extending until October 11, 2005 the date for submission of her Opposition to Defendant's Motion for Confidentiality Order.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: _____/s/_____

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Patrick M. Regan     #336107
Paul Cornoni         #489398
1919 M Street, NW, Suite 350
Washington, DC  20036
PH: (202) 463-3030
*Counsel for Plaintiffs*

Case 1:05-cv-01434-PLF    Document 11    Filed 10/04/2005    Page 5 of 7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
| **Plaintiff,** | : |
| | Civil Action No. 05-1434 |
| v. | : (PLF/DAR) |
| **DONALD LEWIS SHERWOOD** | : |
| **Defendant.** | : |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit her Opposition to Defendant Donald Sherwood's Motion for Confidentiality Order, and the consent of defense counsel, it is this _____ day of _____, 2005;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file her Opposition to Defendant Sherwood's Motion on or before October 11, 2005.

_____
Magistrate Judge Deborah A. Robinson

cc:   Patrick M. Regan, Esquire
      Regan, Halperin & Long, PLLC
      1919 M Street, NW, Suite 350
      Washington, DC 20036

      Bobby R. Burchfield
      Meredith N. Caskey

McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005