# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
|     **Plaintiff,** | : |
| |    **Civil Action No. 05-1434** |
|     v. | :   **(PLF/DAR)** |
| **DONALD LEWIS SHERWOOD** | : |
|     **Defendant.** | : |

## CONSENT MOTION FOR EXTENSION OF TIME

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court extend by two weeks until October 31, 2005, the date for submission of Plaintiff's Opposition to Defendant's Motion for Confidentiality Order. **Counsel for Defendant has consented to the requested extension of time** and Plaintiff cites good faith press of business and scheduling difficulties as necessitating the requested extension. Plaintiff does not intend to seek any additional extensions of time regarding Defendant's Motion. In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached Order extending the date for Plaintiff's Opposition until October 31, 2005.

In further support of her Motion, the Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

                                                Respectfully submitted,

                REGAN, HALPERIN & LONG, PLLC

                By:        _/s/_____
                     Patrick M. Regan   #336107
                     Paul Cornoni      #489398
                     1919 M Street, NW, Suite 350
                     Washington, DC  20036
                     PH: (202) 463-3030
                     *Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time and proposed Order was filed via ECF, this 14$^h$ day of October, 2005 with notice to the following:

>Bobby R. Burchfield
>Meredith N. Caskey
>McDermott Will & Emery LLP
>600 Thirteenth Street, N.W.
>Washington, D.C. 20005

>/s/
>Patrick M. Regan

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
|     Plaintiff, | : |
| |     Civil Action No. 05-1434 |
|     v. | :    (PLF/DAR) |
| **DONALD LEWIS SHERWOOD** | : |
|     Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

1. On September 23, 2005, Defendant Donald Sherwood filed his Motion for Confidentiality Order.

2. Plaintiff's Opposition was due to be filed on or before October 4, 2005.

3. Plaintiff has previously filed two consent motions to extend the time in which Plaintiff is to submit her Opposition to Defendant's Motion. This Court granted the relief requested by Plaintiff. Plaintiff's Opposition is currently due to be filed on or before October 17, 2005.

4. Due to the good faith press of business and scheduling difficulties, Plaintiff requests an additional two weeks to file her Opposition to Defendant's Motion.

**5. Counsel for Defendant Donald Sherwood has agreed to the requested extension of time.** Plaintiff does not intend to seek any additional extensions of time for the filing of her Opposition.

6. Neither party will suffer any prejudice from the relief sought by Plaintiff. Accordingly, Plaintiff respectfully requests that the Court enter the attached

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Order extending until October 31, 2005 the date for submission of her Opposition to Defendant's Motion for Confidentiality Order.

                                          Respectfully submitted,

                                          REGAN, HALPERIN & LONG, PLLC

                                          By:        /s/
                                                  Patrick M. Regan   #336107
                                                Paul Cornoni   #489398
                                                1919 M Street, NW, Suite 350
                                                Washington, DC  20036
                                                PH: (202) 463-3030
                                                *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CYNTHIA MIRELLA ORE**              :

    **Plaintiff,**                    :

                                    **Civil Action No. 05-1434**

    v.                                :  **(PLF/DAR)**

**DONALD LEWIS SHERWOOD**            :

    **Defendant.**                    :

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit her Opposition to Defendant Donald Sherwood's Motion for Confidentiality Order, and the consent of defense counsel, it is this _____ day of _____, 2005;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file her Opposition to Defendant Sherwood's Motion on or before October 31, 2005.

                                                               _____
                                                               Magistrate Judge Deborah A. Robinson

cc:    Patrick M. Regan, Esquire
        Regan, Halperin & Long, PLLC
        1919 M Street, NW, Suite 350
        Washington, DC 20036

        Bobby R. Burchfield
        Meredith N. Caskey

McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005