## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA MIRELLA ORE** | : |
| **Plaintiff,** | : |
| | :   Civil Action No. 05-1434 |
| v. | : |
| | :   Judge Paul L. Friedman |
| **DONALD LEWIS SHERWOOD** | : |
| **Defendant.** | : |

## SUBSTITUTION OF COUNSEL

THE CLERK OF THE COURT will please note the withdrawal of Patrick M. Regan, Jonathan E. Halperin, Paul Cornoni, and the law firm of Regan, Halperin & Long, PLLC as counsel for the Plaintiff in the above-referenced matter. The Clerk of the Court will please note the entry of appearance of Ning Ye, Esquire of Hemnway & Associates, 733 Fifteenth Street, NW, Suite 515, Washington, DC 20005 as counsel for Cynthia Ore in connection with all claims asserted in this case.

Respectfully submitted,

HEMNWAY & ASSOCIATES                REGAN, HALPERIN & LONG, PLLC


By:    /s/                                              By:    /s/
    Ning Ye          #MD26804                Patrick M. Regan     #336107
    733 Fifteenth Street, NW                 Paul Cornoni         #489398
    Suite 515                                1919 M Street, NW, Suite 350
    Washington, DC 20005                     Washington, DC 20036
    Ph: (202) 347-6004                       Ph: (202) 463-3030
    *Counsel for Plaintiff*                  *Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Plaintiff's Substitution of Counsel Entering Appearance was sent via electronic filing, this  7th  day of November, 2005, to the following:

> Bobby R. Burchfield, Esquire
> Meredith N. Caskey, Esquire
> McDermott, Will & Emery, LLP
> 600 Thirteenth Street, NW
> Washington, DC  20005

/s/
Patrick M. Regan

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -