IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA MIRELLA ORE,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD LEWIS SHERWOOD,<br><br>*Defendant.* | Civil Action No. 1:05CV01434 (PLF)<br><br>Judge Paul L. Friedman<br>Magistrate Judge Deborah A. Robinson |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that all claims against Defendant Donald Lewis Sherwood are dismissed with prejudice, with each party to bear his or her own costs and attorneys fees.

Respectfully submitted,

_____
Ning Ye (Bar # MD26804)
HEMENWAY & ASSOCIATES
733 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 347-6004
Facsimile: (202) 347-6114

*Counsel for Plaintiff*
*Cynthia M. Ore*

_____
Bobby R. Burchfield (D.C. Bar # 289124)
Meredith N. Caskey (D.C. Bar # 482449)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

*Counsel for Defendant*
*Donald L. Sherwood*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2005, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL to be served by first-class U.S. mail on the following:

>Ning Ye
>Law Offices of Hemenway & Associates
>733 15th Street, N.W.
>Suite 700
>Washington, DC 20005

_____
Meredith N. Caskey